Marvel JONES, Appellant,

v.

INTERNAL REVENUE SERVICE; Rodney J. Strickland, Chief, Customer Service Branch III; Dennis Parizek, Chief, Customer Service Center Examination Branch; Mr. Corbridge, Unknown Position at Internal Revenue Service; Richard M. Creamer, Commissioner; Known and Unknown Defendants, Appellees,

Marvel Jones, Appellant,

v.

Nebraska Department of Correctional Services; Harold W. Clarke, Director; Michael Kenney, Warden; George Green, Facility CEO; Inga L. Hookstra; Known and Unknown Defendants, Appellees.

No. 02–3345.

United States Court of Appeals,
Eighth Circuit.

Submitted March 28, 2003.

Decided April 1, 2003.

Before BOWMAN, WOLLMAN, and LOKEN, Circuit Judges.

PER CURIAM.

Nebraska inmate Marvel Jones appeals the District Court's[1] Federal Rule of Civil Procedure 12(b) dismissal of, and its sub-

---

* The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

1. The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.

sequent adverse grant of summary judgment in, his related 42 U.S.C. § 1983 lawsuits. Having carefully reviewed the record de novo, we affirm for the reasons explained in the District Court's well-reasoned and thorough orders. *See* 8th Cir. R. 47B.